IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

MAY 26 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.1:10CR163(LMB) |
| v. ) | |
| ) | |
| JOHN J. RICKARD ) | |

## STATEMENT OF FACTS

The United States and the defendant, John J. Rickard, agree that had this matter proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

1. Between October 7, 2008 and December 23, 2009, the defendant was employed as a business manager and accountant at the University of Northern Virginia ("UNVA") located in Manassas, Virginia. In his position, the defendant was responsible for bookkeeping and payroll deposits for UNVA employees. Defendant's salary as a business manager and accountant at UNVA was $60,000 per year, or $2,307.69 per bi-weekly pay period.

2. The payroll company responsible for issuing payroll checks to UNVA employees was E-Chx, Inc. UNVA's point of contact for payroll processing with E-Chx was located in Atlanta, Georgia. The defendant's employment duties included sending email requests to UNVA's point of contact requesting that payroll checks be processed for specific individuals for stated amounts. Funds used to process these checks were located in UNVA's payroll account with Bank of America. On numerous occasions throughout his employment with UNVA, the defendant sent emails to E-Chx requesting payroll checks to be processed in his name for

amounts in excess of his $2,307.69 bi-weekly salary. The defendant negotiated and deposited most of those checks into a joint checking account which he held with his wife at SunTrust.

3. Between October 2008 and December 2009, the defendant successfully requested the issuance of more than 50 separate payroll checks in his name, from the UNVA's Bank of America payroll account, totaling $319,820.83. He deposited most of those checks, totaling $300,628.52, into his personal account at SunTrust. During the same time period, the defendant earned approximately $75,000 in pre-tax salary, resulting in him receiving an excess of $225,628.52.

4. Included in the email requests sent by defendant to E-Chx was an August 19, 2009 request for the issuance of a payroll check in the pre-tax amount of $9,200.00, which resulted in the issuance of a post-tax withholding check issued in the defendant's name on that same date for $9,066.60. The check was subsequently deposited into defendant's joint personal bank account at SunTrust.

5. Defendant utilized one accounting code for payroll deductions in UNVA's accounting books, preventing the University's chancellor from becoming aware of defendant's accounting practices and the diversion of payroll funds in excess of defendant's salary into his personal bank accounts during his tenure with the University. Defendant also falsified an audit report during his tenure with UNVA, further inhibiting discovery of defendant's accounting practices prior to his termination.

6. Following defendant's termination in December of 2009, defendant's position as a business manager/accountant for UNVA was filled by a new employee. This accountant conducted a review of UNVA's books and discovered the issuance of large payroll checks in

defendant's name. It was simultaneously discovered that the UNVA bank statements issued during defendant's tenure with UNVA were missing.

7. The defendant engaged in the conduct described above knowingly and willfully, and not because of accident, mistake or other innocent reason.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Jack Hanly
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3773
Fax: 703-299-3981
Email: jack.hanly@usdoj.gov

3

### Defendant's Stipulation and Signature

After consulting with my attorney and pursuant to the plea agreement I entered into this day with the United States, I hereby stipulate that the above statement of facts is true and accurate. I further stipulate that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: _____       _____
                                  John J. Rickard, Defendant

### Defense Counsel's Signature

I am John J. Rickard's attorney. I have carefully reviewed the above statement of facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: 5/26/2010       _____
                      Atchuthan Sriskandarajah
                      Counsel for Defendant
                      4008 Williamsburg Court
                      Fairfax, Virginia 22032
                      Phone: 703-278-0405
                      Fax: 703-278-0420
                      Email: www.srislawyer.com